Documents Served

To: EINBINDER & DUNN, LLP - 1505
12123919025@GreenFax.com

From: UNITED PROCESS SERVICE, INC.
Phone: (212) 619-0728
Fax: (212) 619-2288
Email: info@unitedprocess.com

The following Services have been completed. Go To the Links below to
view the affidavits securely online, or go to:
http://www.unitedprocess.com/clients/ to view all your work.

If you haven't received your username and password, call
United Process Service to obtain them so that you can
view this document and access your account on United's website.

MR. SANDLESS FRANCHISE LLC, ETANO
　　　　VS
MR. DUST FREE, ETANO
Recipient: ALLAN MCCLAIN
Invoice #: 454024
Date Of Service: 02-Jan-08
Go To: http://www.unitedprocess.com/clients/viewaffidavit.cfm?dt=454024&rp=1

To facilitate the processing of your assignment please
remember to send:

The original and one copy of the document when we are
purchasing an index number in Supreme Court.

2 copies of the document for each entity to be served and 3
copies for each entity in landlord and tenant actions.

A so-ordered subpoena for records when serving city, state
and federal entities. Also, if the subpoena is for medical
records it either has to be so-ordered or the plaintiff's
original authorization must accompany the subpoena pursuant
to the new HIPAA law.

Also, United Process Service, Inc. can serve any document
anytime, anywhere in the world.