**ORIGINAL**

EINBINDER & DUNN, LLP
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NEW YORK 10018
(212) 391-9500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

MICHAEL EINBINDER
TERRENCE M. DUNN*
JULIANNE COWAN LUSTHAUS■

LINDEN E. THOMAS
ROSS H. GOULD ʾ
RICHARD BAYER ʾ

KENNETH L. LEIBY, JR., ʾ of Counsel
JEFFREY A. CHESTER, of Counsel

* MEMBER NY, NJ and MA BARS
■ MEMBER NY, NJ and NH BARS
ʾ MEMBER NY and NJ BARS

FACSIMILE (212) 391-9025
www.ed-lawfirm.com

NEW JERSEY OFFICE:
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929

January 11, 2008

**VIA OVERNIGHT MAIL**
Judge Louis L. Stanton
United States District Court
500 Pearl Street, Room 2250
New York, New York 10017-1312

Re: **Mr. Sandless, Inc. v. Mr. Dust Free**
**Case No. 07-cv-11501**

Honorable Judge Stanton:

This firm represents the plaintiffs in the above-referenced action. We write to request leave to file a second amended complaint.

On December 21, 2007 we filed a complaint in this action. Thereafter, on December 26, 2007, we filed an amended complaint clarifying some of the allegations in the original complaint. The amended complaint was served on the defendants on January 2, 2008. Defendants have not appeared or served an answer in this action.

Plaintiffs are the owners and sublicensors of the trademark "Mr. Sandless." Mr. Sandless owns and operates the website www.mrsandless.com. It uses this website to advertise and promote its services and franchise system. Prior to the commencement of this action defendants infringed upon plaintiffs' trademark by using the name www.mrsandless.net. After the service of the amended complaint defendants stopped using the website domain name www.mrsandless.net and instead started using www.mistersandless.com. Defendants' new website domain name www.mistersandless.com obviously infringes plaintiffs' federally registered trademark. The second amended complaint which we seek to file in this action adds allegations with respect to defendants' use of www.mistersandless.com.

*Plaintiff has leave to serve and file its proposed Second Amended Complaint.  Louis L. Stanton 1/28/08*

EINBINDER & DUNN, LLP

Judge Louis L. Stanton
January 11, 2008
Page 2

    Accordingly, we respectfully request leave to serve a second complaint. In the alternative, we request permission to file a motion for leave to file a second amended complaint. In connection with such a motion, we request that the court allow us to serve said motion on the defendants by overnight mail to the defendants at their business premise.

                                    Respectfully yours,

                                    EINBINDER & DUNN, LLP

                                    Michael Einbinder

ME/lr
cc:    Allan McClain (via overnight mail)
        Jeffrey Zucker, Esq. (via e-mail)