FEB-27-2008  10:52        JACOBOWITZ GUBITS LLP                    845 778 2580    P.002

.RECEIVED FEB 27 REC'D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08

Michael Einbinder (ME-3930)
EINBINDER & DUNN, LLP
*Counsel for plaintiffs*
104 West 40th Street
New York, NY 10018
Tel: (212) 391-9500
Fax: (212) 391-9521

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mr. Sandless Franchise, LLC and Daniel J. Prasalowicz, | Case No.: CV 07-11501 (LLS) |
| Plaintiffs, | |
| - against - | STIPULATION EXTENDING DEFENDANTS' TIME TO FILE A RESPONSE TO SECOND AMENDED COMPLAINT |
| Mr. Dust Free and Allan McClain, | |
| Defendants. | |

Plaintiffs, Mr. Sandless Franchise, LLC and Daniel J. Prasalowicz, by the undersigned counsel, and defendants, Mr. Dust Free and Allan McClain, hereby stipulate and agree as follows:

WHEREAS on or about January 30, 2008, plaintiffs filed their second amended complaint and on or about February 4, 2008, plaintiffs served their second amended complaint in the above-captioned matter and defendants' time to answer or move with respect to the second amended complaint in this matter was due twenty days thereafter; and

WHEREAS the parties are engaged in initial settlement discussions; and

WHEREAS defendants have requested that their time to answer or move with respect to the second amended complaint be extended until March 11, 2008; and

WHEREAS defendants have not previously requested an extension of their time to answer or move with respect to the second amended complaint in this case; and

WHEREAS plaintiffs have consented to defendants' request;

NOW THEREFORE IT IS on this 26th day of February 2008 STIPULATED

AND AGREED THAT

Defendants' time to serve and file an answer or to move with respect to the

second amended complaint in this case be and hereby is extended to March 11, 2008.

Dated: February 26, 2008
      New York, New York

MICHAEL EINBINDER (ME-3930)          Allan McClain and Allan McClain
EINBINDER & DUNN, LLP                d/b/a Mr. Dust Free
Counsel for Plaintiffs               Defendants Pro Se
104 W. 40TH Street                   46 Whitman Court
New York, New York 10018             Middletown, New York 10941
Telephone: (212) 391-9500            Telephone: (866) 248-2280
Telecopier: (212) 391-9025

SO ORDERED.

THE HONORABLE LOUIS L. STANTON
United States District Court Judge

2/27/08

2