ORIGINAL

Mar 11 08 11:45a    JENNIFER SULLIVAN              (845)691-1345         p.2

Michael Einbinder (ME-3930)
EINBINDER & DUNN, LLP
*Counsel for plaintiffs*
104 West 40th Street
New York, NY 10018
Tel: (212) 391-9500
Fax: (212) 391-9521

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mr. Sandless Franchise, LLC and Daniel J. Prasalowicz, <br><br> Plaintiffs, <br><br> - against - <br><br> Mr. Dust Free and Allan McClain, <br><br> Defendants. | Case No.: CV 07-11501 (LLS) <br><br> **STIPULATION EXTENDING DEFENDANTS' TIME TO FILE A RESPONSE TO SECOND AMENDED COMPLAINT** |

Plaintiffs, Mr. Sandless Franchise, LLC and Daniel J. Prasalowicz, by the undersigned counsel, and defendants, Mr. Dust Free and Allan McClain, hereby stipulate and agree as follows:

**WHEREAS** on or about January 30, 2008, plaintiffs filed their second amended complaint and on or about February 4, 2008, plaintiffs served their second amended complaint in the above-captioned matter and defendants' time to answer or move with respect to the second amended complaint in this matter was due twenty days thereafter; and

**WHEREAS** the parties were and continue to be engaged in initial settlement discussions; and

**WHEREAS** defendants requested that their time to answer or move with respect to the second amended complaint be extended until March 11, 2008; and

**WHEREAS** plaintiffs consented to defendants' request; and

WHEREAS the parties entered into a stipulation dated February 26, 2008 which was so ordered by the court on February 27, 2008; and

WHEREAS the parties have now reached a settlement agreement that awaits only final memorialization and execution; and

WHEREAS defendants have requested that their time to answer or move with respect to the second amended complaint be extended until March 25, 2008; and

WHEREAS plaintiffs have consented to defendants' request;

NOW THEREFORE IT IS on this 10th day of March 2008 STIPULATED AND AGREED THAT

Defendants' time to serve and file an answer or to move with respect to the second amended complaint in this case be and hereby is extended to March 25, 2008.

Dated: March 10, 2008
New York, New York

_____
MICHAEL EINBINDER (ME-3930)
EINBINDER & DUNN, LLP
Counsel for Plaintiffs
104 W. 40TH Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

_____
Allan McClain and Allan McClain
d/b/a Mr. Dust Free
Defendants *Pro Se*
46 Whitman Court
Middletown, New York 10941
Telephone: (866) 248-2280

SO ORDERED.

_____
THE HONORABLE LOUIS L. STANTON
United States District Court Judge

3/13/08