☐ ORIGINAL

⌐ STANTON, J ¬

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____            │
│ DATE FILED: 3/26/08          │
└─────────────────────────────┘
```

Matthew David Brozik (MB-6026)
Michael Einbinder (MB-3930)
EINBINDER & DUNN, LLP
*Counsel for plaintiffs*
104 West 40th Street
New York, NY 10018
Tel: (212) 391-9500
Fax: (212) 391-9521

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mr. Sandless Franchise, LLC and<br>Daniel J. Prasalowicz,<br><br>          Plaintiffs,<br><br>- against -<br>Mr. Dust Free and Allan McClain,<br><br>          Defendants. | Case No.: CV 07-11501 (LLS)<br><br>**STIPULATION EXTENDING<br>DEFENDANTS' TIME TO FILE A<br>RESPONSE TO SECOND AMENDED<br>COMPLAINT** |

Plaintiffs, Mr. Sandless Franchise, LLC and Daniel J. Prasalowicz, by the undersigned counsel, and defendants, Mr. Dust Free and Allan McClain, hereby stipulate and agree as follows:

**WHEREAS** on or about January 30, 2008, plaintiffs filed their second amended complaint and on or about February 4, 2008, plaintiffs served their second amended complaint in the above-captioned matter and defendants' time to answer or move with respect to the second amended complaint in this matter was due twenty days thereafter; and

**WHEREAS** the parties were and continue to be engaged in initial settlement discussions; and

**WHEREAS** defendants requested that their time to answer or move with respect to the second amended complaint be extended until March 11, 2008; and

WHEREAS plaintiffs consented to defendants' request; and

WHEREAS the parties entered into a stipulation dated February 26, 2008 which was so ordered by the court on February 27, 2008; and

WHEREAS the parties were and continue to be engaged in settlement discussions; and

WHEREAS defendants requested that their time to answer or move with respect to the second amended complaint be extended until March 25, 2008; and

WHEREAS plaintiffs consented to defendants' request; and

WHEREAS the parties entered into a stipulation dated March 10, 2008 which was so ordered by the court on March 13, 2008; and

WHEREAS the parties have now reached a settlement agreement that awaits only final memorialization and execution; and

WHEREAS defendants have requested that their time to answer or move with respect to the second amended complaint be extended until April 8, 2008; and

WHEREAS plaintiffs have consented to defendants' request;

[CONTINUED ON FOLLOWING PAGE.]

NOW THEREFORE IT IS on this 24th day of March 2008 STIPULATED

AND AGREED THAT

Defendants' time to serve and file an answer or to move with respect to the

second amended complaint in this case be and hereby is extended to April 8, 2008.

Dated: March 24, 2008
       New York, New York

_____
MATTHEW DAVID BRODZIK (MB-6026)
MICHAEL EINBINDER (ME-3930)
EINBINDER & DUNN, LLP
Counsel for Plaintiffs
104 W. 40TH Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

_____
Allan McClain and Allan McClain
d/b/a Mr. Dust Free
Defendants *Pro Se*
46 Whitman Court
Middletown, New York 10941
Telephone: (866) 248-2280

SO ORDERED.

_____
THE HONORABLE LOUIS L. STANTON
United States District Court Judge

3